General Counsel - SIAN SCHILHAB

Clerk- Abel Acosta

83,938-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Cornell McHeney

Re: CTr. Ct No. 12 F0117-202
No. 06-14-00131-CR
WR-83,938-01
P.D.-1243-15

Letter to the Courts

Abel Acosta, Clerk

- I Cornell McHenry, advising the Court of Criminal Appeals, that my Constitutional Rights were violated at Trial Court, 12 0117-202 for Conflict of Entrace. Dequeener Mitchell pled Guilty of the same charges Possession of Control Substance twice 2 in 2012. With Counsel Rick Shumaker as Public Defender, MR Rick Shumaker was my Same Attourney at my Trial which I feel was insufficient and effective, Counsel. Causing Conflict of Entrace. Tex. Code of Crim. Pro. Art 1.051(d)(2). Ex parte Jarrett, 891 S.W. 2d 935 (Tex. Crim. App. 1994), I prey for Releif on these grounds, I thought the Courts should look at this briefly. With Response or Reciept.

Respectfully Submitt
God Bless You

Cornell McHeney